# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0510
_____

J.M., Father of E.M. and K.M.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Duval County.
David Gooding, Judge.

March 20, 2019


PER CURIAM.

Upon consideration of Appellant's response to the Court's order of February 12, 2019, the Court has determined that its jurisdiction to review the Final Judgment for Termination of Parental Rights, rendered on December 4, 2018, was not invoked in a timely fashion. Accordingly, this appeal is dismissed for lack of jurisdiction. The dismissal is without prejudice to the Appellant's right to seek relief in the trial court. *In the Interest of E.H.*, 609 So. 2d 1289 (Fla. 1992).

ROBERTS, RAY, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Michael A. Tupper of Tupper Law, P.A., Jacksonville, for Appellant.

Ward L. Metzger, Appellate Counsel, Children's Legal Services, Jacksonville, for Appellee.